IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00821-AP

DANIEL L. RHAMES,

    Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

ROBERT C. DAWES
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
Telephone: (970) 247-4411/Fax:  (970) 247-1482
E-mail: Robert.dawes@dawesandharriss.com

For Defendant:

WILLIAM J. LEONE
United States Attorney

KURT J. BOHN
Assistant United States Attorney
E-mail: kurt.bohn@usdoj.gov

THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
E-mail: tom.kraus@ssa.gov

1. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

    The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

2. **DATES OF FILING OF RELEVANT PLEADINGS**

    A. **Date Complaint Was Filed:** 4/28/2006
    B. **Date Complaint Was Served on U.S. Attorney's Office:** 5/30/2006
    C. **Date Answer and Administrative Record Were Filed:** 7/31/2006

3. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    **Plaintiff states:** To the best of his knowledge, the record is complete.
    **Defendant states:** To the best of her knowledge, the record is complete.

4. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

    **Plaintiff states:** None anticipated.
    **Defendant states:** None anticipated.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    **Plaintiff states:** To the best of his knowledge, this case does not involve unusual claims or defenses.
    **Defendant states:** To the best of her knowledge, this case does not involve unusual claims or defenses.

7. **OTHER MATTERS**

    **Plaintiff states:** None anticipated.
    **Defendant states:** None anticipated.

8. **PROPOSED BRIEFING SCHEDULE**
    Because of workload and scheduling conflicts, the parties respectfully request briefing to commence later than 40 days after filing of this Joint Case Management Plan, as follows:

    A. **Plaintiff's Opening Brief Due:**     October 4, 2006.
    B. **Defendant's Response Brief Due:**   November 3, 2006.
    C. **Plaintiff's Reply Brief Due:**      November 20, 2006

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Oral Argument is not requested.
    B.    **Defendant's Statement:** Oral argument not requested.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    ( x ) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 16th day of <u>August</u>, 2006.

                               BY THE COURT:

                               **s/John L. Kane**
                               SENIOR U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| | WILLIAM J. LEONE |
| s/ Robert C. Dawes | United States Attorney |
| ROBERT C. DAWES | |
| Dawes and Harriss, P.C. | KURT J. BOHN |
| 572 East Third Avenue | Assistant U.S. Attorney |
| Durango, CO 81301 | kurt.bohn@usdoj.gov |
| Telephone: (970) 247-4411 | |
| Fax:  (970) 247-1482 | |
| Robert.dawes@dawesandharriss.com | s/ Thomas H. Kraus |
| Attorney for Plaintiff. | THOMAS H. KRAUS |
| | Special Assistant U.S. Attorney |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado  80294 |
| | Telephone:  (303) 844-0017 |
| | tom.kraus@ssa.gov |
| | |
| | Attorneys for Defendant |