# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00821-LTB

**DANIEL L. RHAMES,**

      Plaintiff,

vs.

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,**

      Defendant.

___

## ORDER
___

Upon consideration of Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act,

IT IS HEREBY ORDERED that Plaintiff is awarded EAJA attorney fees in the amount of $3,953.13, to be made payable to Plaintiff, Daniel Rhames, and mailed to counsel of record.

DATED this 12th day of June, 2007.

BY THE COURT:

s/Lewis T. Babcock
U.S. District Court Judge